CHARLES L. RUDDER, APPELLANT, v. UNION PACIFIC RAILROAD COMPANY, A CORPORATION, RESPONDENT.

No. 8771

February 17, 1977 560 P.2d 160

---

*Dale W. Beasey* and *Jeffrey G. Green,* Las Vegas, for Appellant.

*W. Bruce Beckley* and *Guild, Hagen & Clark, Ltd.,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

On January 5, 1971, Charles L. Rudder filed a complaint in the district court seeking damages from respondent under the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq. (1972). On January 12, 1976, over five years later, the court granted a motion to dismiss with prejudice for failure to prosecute, pursuant to NRCP 41(e).

Although appellant concedes that dismissal is mandatory for failure to bring a case to trial within five years, he suggests the court abused its discretion in dismissing the action *with prejudice.* We disagree.

We have frequently, and consistently, considered and rejected similar arguments. *See, for example,* Meredith v. Arden, 92 Nev. 620, 555 P.2d 1241 (1976), and cases cited therein.

Affirmed.